IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **OHIO SECURITY INSURANCE COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Case No. 4:22-cv-00268 |
| **AUTO OWNERS INSURANCE COMPANY, et al.,** | ) ) ) ) ) |
| **Defendants.** | ) |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Defendant Auto Owners Insurance Company, by and through undersigned counsel, have reached a settlement with Plaintiff Ohio Security Insurance Company. The parties are in the process of finalizing settlement documentation and payment. Once the process has been completed, a stipulation for dismissal will follow.

The parties respectfully request of the Court twenty-one (21) days to finalize the settlement.

**Respectfully submitted,**

**KNIGHT NICASTRO MACKAY**

*/s/ Patrick A. Bousquet*
Patrick A. Bousquet,      #MO57729
Kathleen A. McCarthy     #MO69218
319 N 4th Street, Suite 300
St. Louis, MO 63102
(314) 690-4757 (Phone)
(816) 396-6233 (Fax)
bousquet@knightnicastro.com
mccarthy@knightnicastro.com
***ATTORNEYS FOR DEFENDANT AUTO OWNERS INSURANCE COMPANY***

1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 9th day of May, 2022, the foregoing was electronically filed using the Missouri e-filing system, which will send notice of the electronic filing to all registered attorneys of record.  I further certify that, pursuant to Rule 55.03(a), I signed the original of the foregoing and that the original signed copy will be maintained at our offices.

      /s/ *Patrick A. Bousquet*