# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:22-CV-268 RLW |
| AUTO OWNERS INSURANCE COMPANY, MICHAEL AYRES, WHEEL CITY WHOLESALERS, INC., and AUTO PLAZA ST. PETERS, LLC, | ) |
| Defendants. | ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(b), and for the parties' failure to comply with the Court's Order of May 17, 2022 (ECF No. 30), which required the filing of dismissal papers by June 7, 2022,

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice.**

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 11th day of July, 2022.